UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINE PARKMAN,

    Plaintiff,

v.    Case No: 8:23-cv-1248-JSM-CPT

SHOOTERS WORLD, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Stipulation of Voluntary Dismissal with Prejudice (Dkt. 14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of September, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record